UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK TREVATHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER E. WALKER, JR., in his individual and official capacity as Director, Illinois Department of Corrections, and EUGENE McADORY, in his individual capacity as Warden, Menard Correctional Center, Illinois Department of Corrections,<br><br>    Defendants. | Case No. 06-cv-4044-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Mark Trevathan's due process claims against defendants Roger E. Walker, Jr. and Eugene McAdory for deprivation of a property right are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Roger E. Walker, Jr. and Eugene McAdory and against plaintiff Mark Trevathan on plaintiff Mark Trevathan's due process claims for deprivation of a liberty right and that those claims are dismissed with prejudice.

**DATED:** January 31, 2008                                  NORBERT JAWORSKI

                                                                           **s/Vicki L. McGuire**
                                                                             **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**